UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-141 (MJD/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JIMMI BIVINS JR.
   a/k/a "James Cole,"
   a/k/a "Plugga Baybee,"

2. ANDREW JOHN CARROLL,
   a/k/a "Tree High,"

3. KEONEE NASIR SHAFFER-FRAZIER,
   a/k/a "Slime,"

4. KEITH LAMAR TELL,

5. PHOENIX EKUNDAYO THOMSON,

6. CRIMZON WARREN ANDERSON,

7. LILLIAN NOELLE WAXLAX, and

8. JAYVON EUGENE WOODS,

Defendants.

**SUPERSEDING INDICTMENT**

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

SCANNED
OCT 19 2022
U.S. DISTRICT COURT MPLS

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Conspiracy To Distribute Fentanyl)

1. Beginning in or about approximately April 2021, and continuing through in or about July 2022, the exact dates being unknown to the grand jury, in the State and District of Minnesota and elsewhere, the defendants,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"
**ANDREW JOHN CARROLL,**
a/k/a "Tree High,"
**KEONEE NASIR SHAFFER-FRAZIER,**
a/k/a "Slime,"
**KEITH LAMAR TELL,**
**PHOENIX EKUNDAYO THOMSON,**
**CRIMZON WARREN ANDERSON,**
**LILLIAN NOELLE WAXLAX,** and
**JAYVON EUGENE WOODS,**

did knowingly and intentionally conspire with each other and others known and unknown to the grand jury, to possess with the intent to distribute, and to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

QUANTITY OF FENTANYL
INVOLVED IN THE CONSPIRACY

2. With respect to the defendants **JIMMI BIVINS JR., ANDREW JOHN CARROLL, KEONEE NASIR SHAFFER-FRAZIER, KEITH LAMAR TELL, PHOENIX EKUNDAYO THOMSON, CRIMZON WARREN ANDERSON,** and **JAYVON EUGENE WOODS**, their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

3. With respect to the defendant **LILLIAN NOELLE WAXLAX**, her conduct as a member of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 2**

(Possession with Intent To Distribute Fentanyl)

On or about March 18, 2022, in the State and District of Minnesota, the defendant,

**ANDREW JOHN CARROLL,**

did unlawfully, knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 3**

(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 18, 2022, in the State and District of Minnesota, the defendant,

**ANDREW JOHN CARROLL,**

did knowingly possess a firearm, that is, a HS Produkt (IM Metal) Springfield Armory Inc. Model XDS .45 caliber semi-automatic pistol bearing serial number XS530384, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 2 of this Superseding Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 4**
(Possession with Intent To Distribute Fentanyl)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 5**
(Felon in Possession of a Firearm)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felony Vehicular Flight | St. Croix County, WI | 2020 |
| Second Degree Burglary – Possession of Burglary Tools | Washington County, MN | 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Glock Inc. Model 43 9mm semi-automatic pistol bearing serial number AFLC221, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 6**

(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"

did knowingly possess a firearm, that is, Glock Inc. Model 43 9mm semi-automatic pistol bearing serial number AFLC221, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 4 of this Superseding Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT 7**
(Felon in Possession of a Firearm)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| **Offense** | **Place of Conviction** | **Date of Conviction (On or About)** |
|---|---|---|
| Felony Vehicular Flight | St. Croix County, WI | 2020 |
| Second Degree Burglary – Possession of Burglary Tools | Washington County, MN | 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Seekins Precision Model SP223 semi-automatic rifle bearing serial number SP5923, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 8**
(Possession with Intent To Distribute Fentanyl)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**KEONEE NASIR SHAFFER-FRAZIER,**
a/k/a "Slime,"

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 9**
(Felon in Possession of Firearms)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**KEONEE NASIR SHAFFER-FRAZIER,**
a/k/a "Slime,"

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Threats of Violence | Hennepin County, MN | 2019 |

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Second Degree Burglary – Possession of Burglary Tools | Washington County, MN | 2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, that is,

a. a Glock Model 42 .380 caliber semi-automatic pistol bearing serial number AFZX199, and

b. a HS Produkt (IM Metal) Springfield Armory Inc. Model XDM 10mm semi-automatic pistol bearing serial number BY308379;

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT 10**

(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**KEONEE NASIR SHAFFER-FRAZIER**,
a/k/a "Slime,"

did knowingly possess a firearm, that is, a Glock Model 42 .380 caliber semi-automatic pistol bearing serial number AFZX199, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 8 of this Superseding Indictment, all in violation of Title 18, United

States Code, Section 924(c)(1)(A).

**COUNT 11**
(Possession with Intent To Distribute Fentanyl)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**PHOENIX EKUNDAYO THOMSON**,

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 12**
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 28, 2022, in the State and District of Minnesota, the defendant,

**PHOENIX EKUNDAYO THOMSON**,

did knowingly possess a firearm, that is, a Springfield Armory Inc. XD9 9mm semi-automatic pistol bearing serial number BA206378, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 11 of this Superseding Indictment, all in violation of Title 18, United

States Code, Section 924(c)(1)(A).

**COUNT 13**
(Possession with Intent To Distribute Fentanyl)

On or about April 8, 2022, in the State and District of Minnesota, the defendant,

**KEITH LAMAR TELL,**

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 14**
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 8, 2022, in the State and District of Minnesota, the defendant,

**KEITH LAMAR TELL,**

did knowingly possess a firearm, that is, a Winchester 12 gauge shotgun bearing serial number L806435, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 13 of this Superseding Indictment, all in violation of Title 18, United States Code, Section

924(c)(1)(A).

**COUNT 15**
(Possession with Intent To Distribute Fentanyl)

On or about December 16, 2021, in the State and District of Minnesota, the defendant,

**CRIMZON WARREN ANDERSON,**

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT 16**
(Possession with Intent To Distribute Fentanyl)

On or about December 16, 2021, in the State and District of Minnesota, the defendant,

**LILLIAN NOELLE WAXLAX,**

aiding and abetting others, and aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl"), a controlled

substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

Counts 1 through 16 of this Superseding Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Counts 1, 2, 4, 8, 11, 13, 15 or 16 of this Superseding Indictment, the defendants,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"
**ANDREW JOHN CARROLL,**
a/k/a "Tree High,"
**KEONEE NASIR SHAFFER-FRAZIER,**
a/k/a "Slime,"
**KEITH LAMAR TELL,**
**PHOENIX EKUNDAYO THOMSON,**
**CRIMZON WARREN ANDERSON,**
**LILLIAN NOELLE WAXLAX,** and
**JAYVON EUGENE WOODS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to:

1. $6,730.00 in U.S. Currency as seized on March 18, 2022;
2. $710.00 in U.S. Currency as seized on March 18, 2022;
3. $83,560.00 in U.S. Currency as seized on March 28, 2022;
4. $11,040.00 in U.S. Currency as seized on March 28, 2022; and
5. $1,826.00 in U.S. Currency as seized on April 8, 2022.

If convicted of any of Counts 3, 5-7, 9, 10, 12 or 14, the defendants,

**JIMMI BIVINS JR.**
a/k/a "James Cole,"
a/k/a "Plugga Baybee,"
**ANDREW JOHN CARROLL,**
a/k/a "Tree High,"
**KEONEE NASIR SHAFFER-FRAZIER,**
a/k/a "Slime,"
**KEITH LAMAR TELL,**
**PHOENIX EKUNDAYO THOMSON,**
**CRIMZON WARREN ANDERSON,**
**LILLIAN NOELLE WAXLAX,** and
**JAYVON EUGENE WOODS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to:

1. The HS Produkt (IM Metal) Springfield Armory Inc. Model XDS .45 caliber semi-automatic pistol bearing serial number XS530384 alleged in Count 3 of the Superseding Indictment;

2. The Glock Inc. Model 43 9mm semi-automatic pistol bearing serial number AFLC221 alleged in Counts 5 and 6 of the Superseding Indictment;
3. The Seekins Precision Model SP223 semi-automatic rifle bearing serial number SP5923 alleged in Count 7 of the Superseding Indictment;
4. The Glock Inc. Model 42 .380 caliber semi-automatic pistol bearing serial number AFZX199 charged in Counts 9 and 10 of the Superseding Indictment;
5. The HS Produkt (IM Metal) Springfield Armory Inc. Model XDM 10mm semi-automatic pistol bearing serial number BY308379 alleged in Count 9 of the Superseding Indictment;
6. The HS Produkt (IM Metal) Springfield Armory Inc. XD9 9mm semi-automatic pistol bearing serial number BA206378 alleged in Count 12 of the Superseding Indictment;
7. The Winchester 12 gauge shotgun bearing serial number L806435 alleged in Count 14 of the Superseding Indictment;
8. A Bersa thunder .380 caliber handgun bearing serial number A94920 as seized on April 8, 2022.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

*United States v. Jimmi Bivins et al*, Crim. No. 22-141 (MJD/JFD)

A TRUE BILL

| ______________________________ | ______________________________ |
|---|---|
| UNITED STATES ATTORNEY | FOREPERSON |

16