# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

1. JIMMIE BIVINS, JR.
   a/k/a "James Cole,"
   a/k/a "Plugga Babyee,"
   a/k/a "Jimmi Bivins,"

3. KEONEE NASIER SHAFFER-FRAZIER,
   a/k/a "Slim,"

          Defendants.

Case No. 22-cr-141 (MJD/JFD)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 22, 2023, and July 20, 2023, this Court entered Preliminary Orders of Forfeiture, forfeiting property to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on August 1, 2023, providing notice of the United States' intention to dispose of property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition pursuant to Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2) has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.     The United States' Motion for Final Order of Forfeiture **[Doc. 426]** is **GRANTED**; and

2.     all rights, title, and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2):

- $83,560.00 in U.S. Currency seized on March 28, 2022;
- $11,045.00 in U.S. Currency seized on March 28, 2022;
- A Glock .380 caliber semi-automatic pistol, bearing serial number AFZX-199;
- A Springfield XD-10 semi-automatic pistol, bearing serial number BY308-379 seized March 28, 2022;
- A Glock, Inc., Model 43 9mm semi-automatic pistol, bearing serial number AFLC221, and any associated ammunition seized on March 28, 2022; and
- A Seekings Precision, Model SP223 semi-automatic rifle, bearing serial number SP5923, and any associated ammunition seized on March 28, 2022

(collectively "the Property").

3.     the United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 24, 2024                              s/Michael J. Davis
                                                 MICHAEL J. DAVIS
                                                 United States District Court